[No. 35617-1-II. Division Two. November 10, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JEANI L. SERO, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 05-1-00038-7, David E. Foscue, J., entered October 30, 2006. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton and Quinn-Brintnall, JJ.

[No. 37538-9-II. Division Two. November 10, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. PARRISH SYRON GALE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-04289-1, Beverly G. Grant, J., entered March 28, 2008. *Reversed* and *remanded* by unpublished opinion per Van Deren, C.J., concurred in by Houghton and Bridgewater, JJ.

[No. 37922-8-II. Division Two. November 10, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN KENNETH ROBERTS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-05024-0, Rosanne Buckner, J., entered July 1, 2008. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Penoyar, A.C.J., and Hunt, J.